UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WOMEN'S REFUGEE COMMISSION,

                      Plaintiff,

            -against-

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

                    Defendants.
------------------------------------------------------------X

25 Civ. 7982 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that, by **October 30, 2025**, the parties shall negotiate a schedule for the search, processing and potential production of responsive documents, and file a joint letter on ECF apprising the Court of that schedule and whether an initial pretrial conference is necessary to resolve any open issues.

Dated: September 30, 2025
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE