UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
WOMEN'S REFUGEE COMMISSION,

                              Plaintiff,

                 -against-                         25 Civ. 7982 (LGS)

U.S. DEPARTMENT OF HOMELAND              **ORDER**
SECURITY, et al.,

                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that, by **December 5, 2025**, the parties shall negotiate a schedule for the search, processing and potential production of responsive documents, and file a joint letter on ECF apprising the Court of that schedule and whether an initial pretrial conference is necessary to resolve any open issues.

Dated: November 18, 2025
       New York, New York

                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE