

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 13, 2026

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007-1312

      Re:    <u>Women's Refugee Comm'n v. United States Dep't of Homeland Security</u>,
               25-cv-7982 (LGS)

Dear Judge Schofield:

      This Office represents defendants the United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), and United States Customs and Border Protection ("CBP") (collectively, the "Government") in the above-referenced action filed by plaintiff Women's Refugee Commission ("Plaintiff" or "WRC") under the Freedom of Information Act, 5 U.S.C. § 552 *et seq*. ("FOIA").  Defendants write respectfully to request a one-week extension of today's joint status letter deadline from April 13 to April 20, 2026.  <u>See</u> Mem. Endorsement, dated Mar. 16, 2026 (ECF No. 28) (ordering the parties to file their next status letter by April 13, 2026).  The reason for the request is that Defendants learned today that they need additional time to confirm the information to be included in this month's joint status letter.  Defendants submit that there is good cause for the requested extension, which is not lengthy, to ensure that the joint status letter contains accurate information.  <u>See</u> Individual Rules and Procedures for Civil Cases ¶ B.3.  Plaintiff consents to the request.  This is Defendants' first request to extend this month's status letter deadline and will not affect any other scheduled dates.  I thank the Court for its consideration of this request.

                                    Respectfully submitted,

                                      JAY CLAYTON
                                    United States Attorney for the
                                    Southern District of New York

              By:     /s/ Carly Weinreb
                      CARLY WEINREB
                      Assistant United States Attorney
                      86 Chambers Street, Third Floor
                      New York, NY 10007
                      Tel: (212) 637-2769
                      Carly.Weinreb@usdoj.gov
                      *Counsel for Defendants*

Cc:    Alexandra Perloff-Giles, Esq., *Counsel for Plaintiff* (by ECF)